**Warren M. PIGGOTT v. UNITED STATES of America.**

No. 5632.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1930.

Collins & Thompson and Edw. M. Sharpe, all of Bay City, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

**G. Claude PIKE, Appellant, v. UNITED STATES of America.**

No. 8918.

Circuit Court of Appeals, Eighth Circuit.

May 3, 1930.

Sam M. Wear, Charles Newman, and F. W. Barrett, all of Springfield, Mo., for appellant.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, pursuant to stipulation of parties.

**G. L. RAMSEY v. COMMISSIONER OF IN-TERNAL REVENUE.**

No. 71.

Circuit Court of Appeals, Tenth Circuit.

June 5, 1929.

John J. Jones, of Chanute, Kan., and B. R. Leydig and K. M. Geddes, both of Eldorado, Kan., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Mabel Walker Willebrandt, Asst. Atty. Gen., for respondent.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Reversed on confession of error and consent to judgment, June 5, 1929.

**Rosa RENJE, Appellant, v. UNITED STATES of America.**

No. 8853.

Circuit Court of Appeals, Eighth Circuit.

March 3, 1930.

William J. Blesse, of St. Louis, Mo., for appellant.

Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

**RETAIL LUMBERMAN PUBLISHING CO. et al., Appellants, v. OLD DUTCH MILL CO.**

No. 8895.

Circuit Court of Appeals, Eighth Circuit.

May 26, 1930.

James B. Nourse and C. Jasper Bell, both of Kansas City, Mo., for appellants.

Homer H. Berger, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed with costs on motion of appellee.